UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROMUALD ZUCHOWSKI,

Plaintiff,

v.

WESTERN METAL INDUSTRY PENSION PLAN, et al.,

Defendants.

Case No. C26-3128-TL

ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's amended IFP application, Dkt. 4, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 22nd day of September, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

///

///